## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| Ethan Radvansky, *on behalf of himself and others similarly situated*,<br><br>Plaintiff,<br><br>vs.<br><br>Health Tech Academy LLC,<br><br>Defendant. | Case No. 3:25-cv-00012-LMM |

## **JOINT MOTION FOR ENTRY OF AGREED PROTECTIVE ORDER**

Plaintiff Ethan Radvansky ("Plaintiff") and Defendant Health Tech Academy LLC ("Defendant", collectively the "Parties"), pursuant to Fed. R. Civ. P. 26(c), move the Court for entry of the Agreed Protective Order attached hereto as Exhibit A. The Parties consent to the entry of the proposed Agreed Protective Order submitted herewith. In further support of this motion, the Parties show the Court the following:

1. To protect and preserve the confidentiality of the documents or information that may be revealed in this action, the Parties have jointly agreed upon the language of a proposed Agreed Protective Order to govern disclosure and handling of documents and information claimed to be confidential.

2. The provisions within the proposed Order regarding the filing of documents under seal are not inconsistent with the Court's Local Rules.

3. Good cause exists for entry of the Proposed Protective Order and its entry would be just and equitable and would facilitate discovery in this action.

Wherefore, the Parties request the Court enter the Agreed Protective Order attached hereto as Exhibit A.

Respectfully submitted this 23rd day of July, 2025.

*/s/ Brett Purcell Owens*
Brett Purcell Owens*
bowens@fisherphillips.com

**FISHER & PHILLIPS LLP**
401 East Jackson Street, Ste 3100
Tampa, FL 33602-5136
Telephone (813) 769-7500

*/s/ Lauren S. Frisch*
Lauren S. Frisch
Georgia Bar No. 410927
lfrisch@fisherphillips.com

**FISHER & PHILLIPS LLP**
1230 Peachtree Street NE, Suite 3300
Atlanta, GA 30309
Telephone: (404) 231-1400
Facsimile: (404) 240-4249

*Counsel for Defendant Health Tech Academy, LLC*

*Admitted Pro Hac Vice

*/s/ Anthony I. Paronich*
Anthony I. Paronich (*pro hac vice*)
anthony@paronichlaw.com

**PARONICH LAW, P.C.**
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018

*Counsel for Plaintiff and the proposed class*

2

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**

| | |
|---|---|
| Ethan Radvansky, *on behalf of himself and others similarly situated*,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>Health Tech Academy LLC,<br><br>　　　　　Defendant. | Case No. 3:25-cv-00012-LMM |

## CERTIFICATE OF SERVICE

　　I hereby certify that, on this 23rd day of July, 2025, a copy of the foregoing was served via the Court's CM/ECF filing system on the following counsel:

| | |
|---|---|
| Steven H. Koval<br>The Koval Firm, LLC<br>3575 Piedmont Rd NE<br>15 Piedmont Center, Suite 120<br>Atlanta, GA 30305-0024<br>Steve@KovalFirm.com | Anthony Paronich<br>Paronich Law, P.C.<br>350 Lincoln St Ste 2400<br>Hingham, MA 02043-1579<br>anthony@paronichlaw.com |

　　　　　　　　　　　　　　　　　　*/s/ Brett P. Owens*
　　　　　　　　　　　　　　　　　　Brett P. Owens
　　　　　　　　　　　　　　　　　　Admitted *pro hac vice*
　　　　　　　　　　　　　　　　　　bowens@fisherphillips.com