IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| ETHAN RADVANSKY, on behalf of himself and others similarly situated, | : : : : | |
| Plaintiff, | : : | CIVIL ACTION NO. 3:25-cv-00012-LMM |
| v. | : : | |
| HEALTH TECH ACADEMY LLC, | : : | |
| Defendant. | : | |

## ORDER

This case is before the Court on a *sua sponte* review. Counsel are hereby **ORDERED** to file the Certificate of Interested Persons and Corporate Disclosure Statement required by Local Rule 3.3 within 14 days of entry of this Order, or **SHOW CAUSE** why this case should not be dismissed pursuant to LR 41.3.

**IT IS SO ORDERED** this 21st day of August, 2025.

_____
**Leigh Martin May**
**Chief United States District Judge**