**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**

| | |
|---|---|
| Ethan Radvansky, *on behalf of himself and others similarly situated*, | ) Civil Action No.: 3:25-cv-00012 )  ) Class Action Complaint |
| Plaintiff, | ) ) Jury Trial Demanded |
| v. | ) ) |
| Health Tech Academy LLC | ) ) |
| Defendant. | ) ) |
| _____ | ) |

**CERTIFICATE OF INTERESTED PERSONS**
**AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.3 of the United States District Court for the Northern District of Georgia, Plaintiff Ethan Radvansky, by and through undersigned counsel, certifies as follows:

1. Plaintiff: Ethan Radvansky, an individual.

2. Counsel for Plaintiff:

    o Anthony Paronich, Paronich Law, P.C.

3. Defendant: Health Tech Academy LLC.

4. Interested Persons: Other than the named parties and their counsel, Plaintiff is not aware of any other persons, associations, firms, partnerships, or corporations that have a financial interest in the outcome of this case.

1

5. Corporate Disclosure: Plaintiff Ethan Radvansky is a natural person and not a corporate entity. Accordingly, there is no corporate disclosure to make.

Dated: August 27, 2025

Respectfully Submitted,

By: /s/ *Anthony I. Paronich*
Anthony I. Paronich (*pro hac vice*)
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
[o] (617) 485-0018
[f] (508) 318-8100
anthony@paronichlaw.com

*Attorneys for Plaintiff, individually and on behalf of others similarly situated.*