UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| Ethan Radvansky, *on behalf of himself and others similarly situated*,<br><br>    Plaintiff,<br><br>vs.<br><br>Health Tech Academy LLC,<br><br>    Defendant. | Case No. 3:25-cv-00012-LMM |

**DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

    **(1)** **The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party or proposed intervenor:**

    Plaintiff, Ethan Radvanksy

    Defendant, Health Tech Academy, LLC

    Adnan Sattar

    **(2)** **The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this case:**

    Defendant, Health Tech Academy, LLC

    **(3)** **The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties, including proposed intervenors, in this case:**

    For Plaintiff, Ethan Radvansky:

        PARONICH LAW, P.C.

    Anthony I. Paronich, Esq. (Pro Hac Vice)

    THE KOVAL LAW FIRM, LLC
    Steven Howard Koval

For Defendant, Health Tech Academy, LLC:

    FISHER & PHILLIPS, LLP
    Brett P. Owens, Esq. (Pro Hac Vice)
    Lauren S. Frisch, Esq.

Respectfully submitted this 2nd day of September, 2025.

                                            */s/ Brett Purcell Owens*
                                            Brett Purcell Owens
                                            *Admitted Pro Hac Vice*
                                            **FISHER & PHILLIPS LLP**
                                            101 E Kennedy Blvd Ste 2350
                                            Tampa, FL 33602-5136
                                            Telephone (813) 769-7500
                                            bowens@fisherphillips.com

                                            Lauren S. Frisch
                                            Georgia Bar No. 410927
                                            **FISHER & PHILLIPS LLP**
                                            1230 Peachtree Street NE, Suite 3300
                                            Atlanta, GA 30309
                                            Telephone: (404) 231-1400
                                            Facsimile: (404) 240-4249
                                            lfrisch@fisherphillips.com

                                            *Counsel for Defendant Health Tech Academy, LLC*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| Ethan Radvansky, *on behalf of himself and others similarly situated*,<br><br>    Plaintiff,<br><br>vs.<br><br>Health Tech Academy LLC,<br><br>    Defendant. | Case No. 3:25-cv-00012-LMM |

**CERTIFICATE OF SERVICE**

    I hereby certify that, on this 2nd day of September, 2025, a copy of the foregoing was served via the Court's CM/ECF filing system on the following counsel:

| | |
|---|---|
| Steven H. Koval<br>The Koval Firm, LLC<br>3575 Piedmont Rd NE<br>15 Piedmont Center, Suite 120<br>Atlanta, GA 30305-0024<br>Steve@KovalFirm.com | Anthony Paronich<br>Paronich Law, P.C.<br>350 Lincoln St Ste 2400<br>Hingham, MA 02043-1579<br>anthony@paronichlaw.com |

                                            */s/ Brett Purcell Owens*
                                            Brett Purcell Owens
                                            *Admitted Pro Hac Vice*

                                            *Counsel for Defendant Health Tech Academy, LLC*