UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| Ethan Radvansky, *on behalf of himself and others similarly situated*,<br><br>        Plaintiff,<br><br>v.<br><br>Health Tech Academy LLC<br><br>        Defendant.<br>_____ | ) Civil Action No.: 3:25-cv-00012<br>)<br>)     Class Action Complaint<br>)<br>)     Jury Trial Demanded<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties file this Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1) with each party to bear its own costs and fees.


PLAINTIFF,

By:

*/s/ Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
[o] (617) 485-0018
[f] (508) 318-8100
anthony@paronichlaw.com

*/s/Brett P. Owens*
Brett P. Owens, Esq.
Florida Bar No.: 0112677
bowens@fisherphillips.com
101 E. Kennedy Blvd.

1

Suite 2350
Tampa, FL 33602
Telephone: (813) 769-7500
Facsimile: (813) 769-7501

*Attorneys for Defendant*